The following Advisory Opinions, given by Justices of the Supreme Court of North Carolina from 1869 through 1925, have not been printed heretofore in the Supreme Court Reports. They were collected and arranged by Dr. Preston W. Edsall of the Department of History and Political Science of North Carolina State College of Agriculture and Engineering of the University of North Carolina. It is through the scholarly research of Dr. Edsall that they are now available.

## IN RE HOMESTEADS AND EXEMPTIONS
### 1869

## RESOLUTION ASKING INFORMATION OF THE SUPREME COURT.

*Resolved,* by the General Assembly of North Carolina, That the Supreme Court be respectfully requested to advise the Legislature at its present session upon the following points of law:

1. Does Article Ten of the State Constitution, entitled "Homesteads and Exemptions," exempt from sale under Court executions obtained on a contract complete before the adoption of the State Constitution, a realty or homestead of the value of one thousand dollars.

2. Is personal property of the value of five hundred dollars exempt from sale under execution of a like character.

Ratified the 27th day of January, A.D. 1869.

—Public Laws, 1868-69, p. 703.

---

The following communication was received from the Hon. R. M. Pearson, Chief Justice of the Supreme Court, which was read and transmitted to the House of Representatives:

Raleigh, February 1st, 1869.

*To the* HON. TOD R. CALDWELL, *Lieutenant Governor, and* JOSEPH W. HOLDEN, *Speaker, &c.*

I have the honor to acknowledge the receipt of your letter with the accompanying resolutions of the General Assembly, requesting the Supreme Court to give its opinion in regard to the validity of the homestead exemption, against debts contracted prior to the ratification of the Constitution.

With every disposition to comply with any request of the honorable bodies over which you preside, the view which the Justices of the Court take of their constitutional duties forbids them from doing so in this instance.

715

The functions of the Court are restricted to cases constituted before it. We are not at liberty to prejudice questions of law.

In the contested election between Waddell and Berry, the Judge of the Court, on the request of the Senate, after much hesitation, expressed an opinion in regard to the qualification of voters. That, however, is the only instance in which it was ever done, and it was put on the ground that the questions could not come before the Court in a judicial form. The questions set out in the resolutions under consideration, not only may, but in all probability will, come before us for decision.

Respectfully yours, &c.,

R. M. PEARSON,
*Chief Justice.*

—Feb. 1, 1869, *Sen. Journal*, 219-220.